UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| LOS CANGRIS, INC. et al.<br><br>    Plaintiffs<br><br>    v.<br><br>RAFAEL A. PINA-NIEVES, et al.<br><br>    Defendants | CIVIL NO.   25-01650 (GMM) |

**INFORMATIVE MOTION OF WAIVER OF SERVICE OF SUMMONS**

TO THE HONORABLE COURT:

COME NOW defendants Los Magnifikos Inc., World Music Latino Corp., and Mafer Music Publishing Inc. (collectively, "Appearing Defendants"), through the undersigned counsel, and respectfully state and pray as follows:

1. The Appearing Defendants have conferred with Plaintiffs and have agreed to waive formal service of summons pursuant to Federal Rule of Civil Procedure 4(d).

2. Accordingly, the Appearing Defendants hereby acknowledge and accept notice of the Complaint and waive service under Rule 4(d), to the same effect as if they had been formally served.

3. As agreed by the parties and consistent with Rule 4(d)(3), the Appearing Defendants shall have sixty (60) days from today's date to file their responsive pleading.

WHEREFORE, the Appearing Defendants respectfully request that this Honorable Court:

a. Take notice of the Appearing Defendants' voluntary waiver of service of summons pursuant to Fed. R. Civ. P. 4(d);

b. Deem the Appearing Defendants duly notified and served for all procedural purposes;

c. Recognize that the deadline for the Appearing Defendants' responsive pleading is sixty (60) days from the date of the filing of this motion, in accordance with Rule 4(d)(3); and

d. Grant any other relief the Court deems just and proper under the circumstances.

Respectfully submitted,

RESPECTFULLY SUBMITTED

In San Juan, Puerto Rico, this 8th of December 2025.

                              **s/ José A. Hernández Mayoral**
                              José A. Hernández Mayoral
                              USDC 205307
                              250 Tetuán, San Juan, PR 00901
                              Tel. 787 607-4867
                              Email: jahm@mac.com

I CERTIFY that a copy of this motion is being notified to all counsel of record through the CM/ECF system.

                              **s/ José A. Hernández Mayoral**