IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **LOS CANGRIS, et al.**<br>Plaintiffs<br><br>v.<br><br>**RAFAEL PINA-NIEVES, et al.**<br>Defendants | **Case No. 25-cv-01650 (GMM)** |

### INFORMATIVE MOTION OF WAIVER OF SERVICE OF SUMMONS

**COMES NOW** the defendant Edwin J. Prado-Galarza, by and through the undersigned counsel, who hereby respectfully states, avers, and submits the following:

1. The undersigned has conferred with counsel for the plaintiffs and have agreed to waive formal service of summons pursuant to Federal Rule of Civil Procedure 4(d).

2. Accordingly, the appearing defendant hereby acknowledges and accepts notice of the complaint and waives service under Rule 4(d), to the same effect as if he had been formally served.

3. As agreed by the parties and consistent with Rule 4(d)(3), the appearing defendant should have sixty (60) days from today's date to file his responsive pleading.

**WHEREFORE,** the defendant Edwin J. Prado-Galarza respectfully requests that the Court take notice of his voluntary waiver of service of the summons pursuant to Rule 4(d), deem him duly notified and served for all procedural purposes, recognize that his deadline for a responsive pleading is sixty (60) days from the date of the filing of this motion in accordance with Rule 4(d)(3), and grant any other relief the Court deems just and proper under the circumstances.

**I HEREBY CERTIFY** that, in accordance with Federal Rule of Civil Procedure 5, a true and correct copy of the foregoing has been furnished via CM/ECF to all parties who are not in

default or their attorneys by way of their designated email addresses on this 22nd day of January, 2026.

      **RESPECTFULLY SUBMITTED** on this 22nd day of January, 2026.

                                          **Manuel Alejandro Law Firm, LLC**
                                          9555 SW 175 Ter, Office #239
                                          Palmetto Bay, FL 33157
                                          Tel: (786) 554-3145

                                          *s/ Manuel Alejandro Franco*
                                          Manuel Alejandro Franco, Esq.
                                          USDCPR No. 302406
                                          Manuel@AlejandroLaw.net